# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 18-00294 LEK-RT

CASE NAME:     KAPL OR WB LLC v. Gerell Management Partners, et al

JUDGE:     Leslie E. Kobayashi     DATE:     4/29/2021

COURT ACTION:   EO: COURT ORDER VACATING PENDING MOTIONS IN LIMINE

The Court having been advised by Settlement on the Record held before Magistrate Judge Trader on 4/19/2021, that the parties have confirmed and consented to the settlement terms as recited, hereby VACATES pending Motions in Limine:

Dkt. [87]: MOTION in Limine No. 1 Precluding the Testimony of Plaintiff's Witnesses Identified in its First Amended Final Pre-Trial Statement, filed on March 31, 2021.

Dkt. [88]: MOTION in Limine No. 2 to Limit Testimony and Evidence of Breach or Default to the Lease Provisions Noticed in the Complaint.

Dkt. [91]: MOTION in Limine No. 3 to Preclude Any Testimony or Argument from Plaintiff Regarding the Condition of The Blaisdell Hotel Prior to 2017.

Dkt. [92]: MOTION in Limine No. 4 Re: Limiting the Opinion Testimony of KAPL.

Dkt. [94]: MOTION in Limine No. 1 to Limit Testimony of Statements by John McDermott.

Dkt. [97]: MOTION in Limine No. 5 to Exclude and/or Limit the Expert Testimony of David Knox; Memorandum in Support of Motion In Limine No. 5; Declaration of William C. McCorriston; Exhibits "A" - "H"

Dkt. [98]: MOTION in Limine No. 1 to Limit Opinions of Defendants' Expert.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager